**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JEANETTA CRANEY,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>LORI FUJISHIGE, Employed with Housing Authority of The County of Los Angeles; et al.,<br><br>    Defendants - Appellees. | No. 13-55541<br><br>D.C. No. 2:13-cv-01767-UA-E<br><br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
George H. King, Chief Judge, Presiding

Submitted September 23, 2014[**]

Before:    W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

    Jeanetta Craney appeals pro se from the district court's order denying her

request to proceed in forma pauperis ("IFP") in her action alleging various federal

and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We review for

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

abuse of discretion and may affirm on any basis supported by the record. *O'Loughlin v. Doe*, 920 F.2d 614, 616-17 (9th Cir. 1990). We affirm.

Denial of Craney's motion to proceed IFP was not an abuse of discretion because Craney's complaint is frivolous. *See Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987) ("A district court may deny leave to proceed in forma pauperis at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit."); *see also O'Loughlin*, 920 F.2d at 617 ("An in forma pauperis complaint is frivolous if it has no arguable basis in fact or law." (citation and internal quotation marks omitted)).

**AFFIRMED.**